# ALABAMA COURT OF CRIMINAL APPEALS



September 6, 2024

**CR-2022-1338**
Yesha Kenya James v. State of Alabama (Appeal from Covington Circuit Court: CC-20-149)

## NOTICE

You are hereby notified that on September 6, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk